

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00742-CR

Kimberly Renee **ESSEX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-004431
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 21, 2026.

_____
Lori I. Valenzuela, Justice